# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1248 | **DATE** | 8/23/2002 |
| **CASE TITLE** | Francorp, Inc.  Vs. Mark Siebert et al. | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   Enter Agreed Order. It is hereby ordered the complaint and the counterclaims are both dismissed., with prejudice, with all parties being responsible for their own costs and fees. The $15,000.00 previously deposited with the Clerk of the Court by Francorp, Inc. plus any accrued interest, shall be turned over and issued to Mark Siebert & Associates Inc., by the Clerk upon presentation of this order and any party shall have leave to move to reinstate this matter for 30 days after July 18, 2002.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | AUG 26 2002 | | 177 |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Francorp, Inc.,                              )
                                             )
            Plaintiff,                       )
                                             )
v.                                           )      Case No. 00 C 1248
                                             )
Mark Siebert, Mark Siebert & Associates,     )      Judge Moran
Inc., also doing business as Siebert &       )
Associates, Inc. and as The iFranchise       )
Group, Inc., Judy Janusz, Dan Levy,          )
Laurie Ludes and Tommy Payne                 )
                                             )
            Defendants.                       )

**DOCKETED**

AUG 2 6 2002

### AGREED ORDER

        This matter coming before the Court due to the settlement of the disputes between the parties, and the Court being fully advised in the premises thereof;

IT IS HEREBY ORDERED THAT:

        1.      The Complaint and the Counterclaim are both dismissed, with prejudice, with all parties being responsible for their own costs and fees, except as provided in paragraph 2 below;

        2.      The $15,000.00 previously deposited with the Clerk of the Court by Francorp, Inc., plus any accrued interest, shall be turned over and issued to Mark Siebert & Associates Inc., d/b/a The iFranchise Group by the Clerk upon presentation of this Order; and

        3.      Any party shall have leave to move to reinstate this matter for 30 days after July 18, 2002.

                                        Enter:

                                        James B. Moran
                                        Senior Judge
                                        United States District Court
                                        For the Northern District of Illinois

                                        Date: 8/23/02

Jeffrey D. Hupert (8703)
Matthew W. Wood
Hupert Richards & Wood
One E. Wacker Drive, Suite 1300
Chicago, Illinois 60601
312-923-2500

177